

# Missouri Court of Appeals
## Southern District

**SEPTEMBER 2, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case Nos.  SD33548, SD33549, SD33550

      Re:    STATE OF MISSOURI,
             Plaintiff-Respondent,
             vs.
             BELINDA F. MONTGOMERY,
             Defendant-Appellant.